IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 3 0 2021
BY_____
ARTHUR JOHNSTON
DEPUTY

UNITED STATES OF AMERICA

v.

MIRANDA MONIQUE WALKER and
CHRISTOPHER HAWKINS

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 3:19cr255-KHJ-FKB

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841

**The Grand Jury charges:**

## COUNT 1

On or about March 12, 2018, in Hinds County in the Northern Division of the Southern

District of Mississippi, the defendants, **MIRANDA MONIQUE WALKER** and

**CHRISTOPHER HAWKINS**, aided and abetted by each other, each knowing they had

previously been convicted of a crime which is punishable by imprisonment for a term exceeding

one year, knowingly possessed a firearm, and the firearm was in and affecting interstate

commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and Title

18, United States Code, Section 2.

## COUNT 2

On or about March 12, 2018, in Hinds County in the Northern Division of the Southern

District of Mississippi, the defendants, **MIRANDA MONIQUE WALKER** and

**CHRISTOPHER HAWKINS**, aided and abetted by each other, each knowing they had

previously been convicted of a crime which is punishable by imprisonment for a term exceeding

one year, knowingly possessed .380 caliber ammunition and 9mm ammunition, and the

ammunition was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and Title

18, United States Code, Section 2.

COUNT 3

On or about March 12, 2018, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **CHRISTOPHER HAWKINS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 4

On or about March 12, 2018, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **CHRISTOPHER HAWKINS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**<u>NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE</u>**

As a result of the offense specified above, the defendants, **MIRANDA MONIQUE WALKER** and **CHRISTOPHER WALKER**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

(1) A Glock, Model 19, 9mm pistol, serial number KWY744;

(2) Fifty rounds of Aguila .380 ammunition;

(3) Seven rounds of 9mm ammunition; and

(4) Any Magazines seized.

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or

sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

_____
DARREN J. LAMARCA
Acting United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 30th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE