IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    **SUPERSEDING INDICTMENT**
                                      CRIMINAL NO. 3:19cr255-KHJ-FKB

MIRANDA MONIQUE WALKER and
CHRISTOPHER HAWKINS

NOTICE OF MAXIMUM PENALTIES

MIRANDA MONIQUE WALKER and CHRISTOPHER HAWKINS

Count 1
**Felon in Possession of a Firearm**
18 U.S.C. § 922(g)(1)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

Count 2
**Felon in Possession of Ammunition**
18 U.S.C. § 922(g)(1)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

CHRISTOPHER HAWKINS

Count 3
**Possess with Intent to Distribute Methamphetamine**
21 U.S.C. § 841(b)(1)(B)
- Not less than five (5) years up to 40 years of imprisonment
- Not more than a $5,000,000 fine
- Not less than four (4) years supervised release
- $100 special assessment

Count 4
**Possess with Intent to Distribute Cocaine**
21 U.S.C. § 841(b)(1)(C)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment