CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**

**MAR 3 0 2021**

**ARTHUR JOHNSTON**
BY _____ DEPUTY

CITY: ___JACKSON___

COUNTY: __HINDS___

RELATED CASE INFORMATION:

SUPERSEDING INDICTMENT: X DOCKET:__3:19-CR-255-KHJ-FKB__
SAME DEFENDANT __X___ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES _X__NO

MATTER TO BE SEALED: ___YES _X__NO

NAME/ALIAS: _____MIRANDA MONIQUE WALKER_____

**U.S. ATTORNEY INFORMATION:**

AUSA: __LYNN MURRAY___      BAR #_3690___

INTERPRETER: _X__NO ____YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**      ARREST DATE _____

_____ALREADY IN FEDERAL CUSTODY AS OF _____
_____ALREADY IN STATE CUSTODY
_____ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: __2__      ____PETTY ____MISDEMEANOR __2__FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:922G.F__ | __18 USC § 922(g)(1)__ | Felon In Possession of a Firearm and Ammunition | __1 -2__ |

SIGNATURE OF AUSA: _____

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 30 2021

ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT X   DOCKET: 3:19CR255-KHJ-FKB
SAME DEFENDANT _____   NEW DEFENDANT ____X____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

DEFENDANT INFORMATION:

JUVENILE: ___YES _X_ NO

MATTER TO BE SEALED: ____YES _X_ NO

NAME/ALIAS: ___CHRISTOPHER HAWKINS___

U.S. ATTORNEY INFORMATION:

AUSA _____LYNN MURRAY_____          MSBAR #__3690__

INTERPRETER: _X_ NO ____YES   LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:          ARREST DATE _____

_____ALREADY IN FEDERAL CUSTODY AS OF _____
_____ALREADY IN STATE CUSTODY
_____ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS: __4__          _____PETTY _____MISDEMEANOR __4__FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:922G.F | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1-2 |
| Set 2 21:841B=CD.F | 21 U.S.C.§ 841(b)(1)(B) | Controlled Substance-Sell Distribute or Dispense – Methamphetamine | 3 |
| Set 3 21:841B=CD.F | 21 U.S.C. § 841(b)(1)(C) | Controlled Substance-Sell Distribute or Dispense -Cocaine | 4 |

SIGNATURE OF AUSA:

Revised 2/26/2010